# EXHIBIT C

## Case Number Result Page

### Ada

### 1 Cases Found.

| | Samuel Diaz vs. General Information Services Inc | | | | |
|---|---|---|---|---|---|
| Case: **CV-OC-2016-02604** | **District** Filed: **02/05/2016** Subtype: **Other Claims** | | Judge: **Melissa Moody** | Status: **Pending** | |
| | Defendants: **General Information Services Inc** | | | | |
| | Plaintiffs: **Diaz, Samuel** | | | | |
| Register of actions: | Date | | | | |
| | 02/05/2016 New Case Filed - Other Claims | | | | |
| | 02/05/2016 Complaint Filed | | | | |
| | 02/05/2016 Summons Filed | | | | |
| | 02/24/2016 Affidavit Of Service (2-12-16) | | | | |

*Connection: Public*