UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **SAMUAL DIAZ**, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>**GENERAL INFORMATION SERVICES, INC.**, a foreign corporation,<br><br>　　　　　　Defendant. | Case No.  1:16-CV-90-BLW<br><br>**ORDER OF DISMISSAL** |

　　This matter having come before the Court on the parties' Stipulation of Dismissal (Dkt 16), and good cause appearing therefore,

　　IT IS HEREBY ORDERED that the above-entitled cause be and the same hereby is DISMISSED WITH PREJUDICE and without costs or fees to any party.  The Clerk shall close this case.

DATED: November 9, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court